Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation,* MDL 2873[1]

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adams, James Anderson, Jr. | 3/30/1951 | CA | The US District Court for the Central District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Alford, Kenneth L | 2/12/1959 | WA | The US District Court for the Eastern District of Washington | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Allen, Adrionna | 11/7/1986 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Amezaga, Alessandra | 9/17/2009 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Amezaga, Elizabeth | 5/31/1978 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 6. | Anderson, Quintin R | 12/3/1999 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Anderson-Prestenbach, Necole | 9/28/1975 | UT | The US District Court for the District of Utah | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Antonio, Robin Marie | 4/25/1973 | NY | The US District Court for the Western District of New York | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Bailey, Alicia | 1/11/1956 | TN | The US District Court for the Eastern District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Baker, Brandon Thomas | 11/16/1974 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Baker, Monica Michelle | 8/2/1977 | IL | The US District Court for the Southern District of Illinois | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Balsecaarcos, Marco V | 7/18/1966 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Bamber, James Eggston | 2/13/1950 | CT | The US District Court for the District of Connecticut | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Barnett, Sarah | 5/16/1983 | MD | The US District Court for the District of Maryland | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Bates, Melissa Hope | 12/18/1971 | MD | The US District Court for the District of Maryland | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Battista, Gerard E, Jr. | 1/11/1948 | MA | The US District Court for the District of Massachusetts | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 17. | Baxter, Ronald Lavelton | 9/7/1974 | AL | The US District Court for the Middle District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Belisario, Dora Jean | 9/4/1959 | ID | The US District Court for the District of Idaho | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Berrios, Rafael | 1/19/1952 | WI | The US District Court for the Eastern District of Wisconsin | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Black, Rita Felita | 7/26/1964 | AL | The US District Court for the Middle District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Boehle, Jill J | 8/5/1956 | MO | The US District Court for the Western District of Missouri | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Boyle, Skylar Jachob | 9/17/2001 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Bradford, Candace Renee | 1/3/1976 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Bradley, Cornelius M | 10/11/1971 | OH | The US District Court for the Northern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Bricker, Yvette | 7/6/1957 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Brodycz, Matthew Andrew | 4/1/1971 | VA | The US District Court for the Eastern District of Virginia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Brokenbrough, Vanessa Rynee | 12/29/1993 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Brookes, Dallas Isabell | 1/7/1987 | PA | The US District Court for the Middle District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 29. | Brooks, Doris Elaine | 6/12/1950 | NY | The US District Court for the Western District of New York | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Brown, Daniel | 8/22/1978 | TN | The US District Court for the Middle District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Brown, Samantha Deane | 11/16/1984 | LA | The US District Court for the Western District of Louisiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Bryant, Denise | 12/17/1977 | MN | The US District Court for the District of Minnesota | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Bryant, Malease Faye | 9/9/1973 | VA | The US District Court for the Eastern District of Virginia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Butler, Gregory D | 3/10/1981 | PA | The US District Court for the Eastern District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Cameron-Mack, Beronica | 12/23/1961 | OH | The US District Court for the Northern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Campbell, Crystal Marie | 9/17/1989 | WA | The US District Court for the Western District of Washington | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Carr, Autumn Grace | 4/3/1997 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Carrier, Sean | 5/1/1973 | NH | The US District Court for the District of New Hampshire | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Carwile, Hunter Y | 8/4/1968 | GA | The US District Court for the Middle District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Casto, Albert Benjamin | 11/1/1981 | OK | The US District Court for the Northern District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 41. | Caton, Roberta Hardin | 10/13/1963 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Cecil, Brian Danniel | 8/17/1966 | OK | The US District Court for the Eastern District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Chapman, Mark E, Sr. | 1/19/1950 | MI | The US District Court for the Western District of Michigan | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Cheeley, Joe D | 2/9/1965 | CA | The US District Court for the Northern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Clark, Leonore Ann | 5/26/1969 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Cloughly, Kelley L | 1/23/1973 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Cobb, Darryle Lee, Sr. | 8/6/1965 | LA | The US District Court for the Middle District of Louisiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Coberly, Nancy | 1/27/1970 | KY | The US District Court for the Eastern District of Kentucky | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Cohen, Michael David | 8/29/1967 | MO | The US District Court for the Western District of Missouri | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Collins, Chonita Rena | 1/30/1962 | VA | The US District Court for the Eastern District of Virginia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Collins, Raymond B | 6/21/1960 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Conlee, Tracy Joy | 5/7/1961 | NM | The US District Court for the District of New Mexico | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 53. | Cooper, John Edward | 3/17/1962 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Correa, Melanie R | 6/17/1964 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Covington, Kevin L | 3/1/1960 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Cruz, Michael, Sr. | 4/27/1967 | VA | The US District Court for the Eastern District of Virginia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Dancer-Allen, Helen | 9/3/1965 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Davidson, Darlene Teresa | 3/4/1957 | NC | The US District Court for the Western District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 59. | Davis, Danielle | 2/21/1971 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Davis, Earl Eugene | 10/13/1959 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Davis, Gary L | 3/24/1957 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Davis, Leslie Glenn | 2/14/1946 | NM | The US District Court for the District of New Mexico | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Davis, Samari | 6/5/1975 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Davis, Thomas Edward | 4/15/1960 | TN | The US District Court for the Eastern District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 65. | Dawson, Annette M | 12/31/1961 | FL | The US District Court for the Northern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Deitz, Marissa A | 6/23/1985 | MI | The US District Court for the Western District of Michigan | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Delmar, Joanna D | 9/26/1970 | TX | The US District Court for the Eastern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Dixon, Lakeishea Deon | 2/8/1977 | TX | The US District Court for the Eastern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Dobey, Myra J | 12/17/1982 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Donley, Rickie Edwin | 4/24/1955 | KS | The US District Court for the District of Kansas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 71. | Douglas, Gene Edward | 8/4/1953 | TN | The US District Court for the Middle District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Dower, Patricia J | 8/28/1969 | NM | The US District Court for the District of New Mexico | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Downes, Ransom Herbert, IV | 5/26/2003 | NM | The US District Court for the District of New Mexico | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Downing, Johnny, Sr. | 8/17/1962 | FL | The US District Court for the Northern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Downing, William C. | 7/26/1968 | PA | The US District Court for the Middle District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Drake, Katherine M | 1/26/1981 | WI | The US District Court for the Western District of Wisconsin | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 77. | Earl, Amy Elizabeth | 11/16/1971 | NC | The US District Court for the Western District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Edwards, Tara Marie | 7/15/1955 | AL | The US District Court for the Middle District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Emeterio, Tammy Lyn | 5/24/1971 | OH | The US District Court for the Southern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Enser, Ryan Harvey | 9/8/1980 | NY | The US District Court for the Western District of New York | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Eppley, Dillon | 4/14/1999 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Faison, Latorial De' Prece | 4/14/1973 | VA | The US District Court for the Eastern District of Virginia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 83. | Foster, Shelly Jo | 9/28/1970 | WA | The US District Court for the Western District of Washington | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Franklin, Cynthia Ann | 7/9/1968 | CA | The US District Court for the Central District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | French, Christopher James | 2/4/1981 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Fuller, Wanda K | 12/25/1959 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Gaines, Debra Ann | 12/12/1968 | MS | The US District Court for the Northern District of Mississippi | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Gass, Dwane Odell | 4/21/1959 | KY | The US District Court for the Western District of Kentucky | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 89. | Gaudette, Christine Anne | 9/4/1964 | NC | The US District Court for the Middle District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Gilbert, Sherrie Sharee | 8/31/1976 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Gillham, Pamela E | 8/8/1962 | AK | The US District Court for the District of Alaska | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Glackin, Catherine A | 8/22/1975 | MO | The US District Court for the Eastern District of Missouri | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Goss, Belinda Joyce | 3/5/1965 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 94. | Grayson, Ashley Nicole | 1/18/1990 | TX | The US District Court for the Southern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 95. | Green, Alexandra Lashaun | 11/6/1981 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Haines, Christine Elizabeth | 10/3/1969 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Hall, Charlain Jarman | 11/27/1965 | TN | The US District Court for the Middle District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Hall, Kelly Ann | 5/12/1977 | WA | The US District Court for the Western District of Washington | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Hamilton, Jasmine Marine | 6/16/1978 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Hancock, Nina M | 8/18/1976 | OH | The US District Court for the Southern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 101. | Harding, David Roy, Jr. | 9/19/1983 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Hargraves, Daleron | 7/21/1971 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Hicks, Sheri | 4/10/1969 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Holland, Tanesha Marie | 3/7/1989 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Homer, Maria Elena | 7/27/1981 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Hooper, James R | 6/17/1980 | VA | The US District Court for the Eastern District of Virginia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 107. | Householder, Sarah G | 5/31/1960 | OR | The US District Court for the District of Oregon | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Hurst, Alex Joseph | 12/6/1974 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Jackson, Latia T. | 4/20/1994 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Jeter, Francine Yvonne | 12/21/1967 | MD | The US District Court for the District of Maryland | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Johnson, Jon Blair Girourand | 1/31/1966 | NY | The US District Court for the Eastern District of New York | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Johnson, Theresa | 12/2/1969 | TX | The US District Court for the Eastern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 113. | Johnson, William D, III | 8/31/1990 | OR | The US District Court for the District of Oregon | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Jones, Chrea | 6/15/1979 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Jones, Daniel S | 12/20/1985 | TN | The US District Court for the Middle District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Jones, Haydan Rayn | 2/12/1991 | OH | The US District Court for the Northern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Kalata, Michael Harry | 6/7/1972 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Kelly, Valora LaVonne | 11/7/1962 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 119. | King, Marquita Lachelle | 9/8/1983 | GA | The US District Court for the Middle District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Kirkwood, Lavandus Darnell | 9/29/1967 | IL | The US District Court for the Northern District of Illinois | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Knight, Justin L | 12/3/1981 | UT | The US District Court for the District of Utah | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Kozloff-Burrows, Steven Robert | 6/7/1977 | MO | The US District Court for the Eastern District of Missouri | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Kraemer, Cynthia | 10/23/1968 | FL | The US District Court for the Northern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Kunkel, Samuel Keith | 10/2/1960 | UT | The US District Court for the District of Utah | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 125. | Laflamme, Kathryn Ann | 8/13/1958 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Land, Michael | 5/19/1989 | WA | The US District Court for the Eastern District of Washington | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Lavergne, Candace Lee | 9/15/1981 | AZ | The US District Court for the District of Arizona | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Lewis, Vanessa Calhoun | 7/12/1959 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Linder, Melissa | 4/12/1982 | CO | The US District Court for the District of Colorado | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | Lovett, Amy Luree | 7/1/1978 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 131. | Lunon, Barbara | 11/30/1956 | AR | The US District Court for the Eastern District of Arkansas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | MacEnany, Christopher James | 1/7/1953 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Machalk, Brian Keith | 5/2/1963 | WI | The US District Court for the Western District of Wisconsin | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Malone, Russell Shawn | 5/18/1970 | HI | The US District Court for the District of Hawaii | | Yes | | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Marshall, Anthony | 2/5/1984 | RI | The US District Court for the District of Rhode Island | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Marshall, Marquis Lamar | 9/29/1996 | FL | The US District Court for the Southern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 137. | Martin, Debra Lois | 5/11/1966 | SD | The US District Court for the District of South Dakota | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Martinez, Emily V | 12/12/1977 | GA | The US District Court for the Middle District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Martinez, Miccah Chris Scott | 4/18/1954 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Mathis, Jacqueline | 2/18/1970 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Mays, Derrick Carlos, Sr. | 2/5/1965 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 142. | McAdoo, Angelo W. | 2/17/1955 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 143. | McCauley, Roxana J | 10/15/1979 | KY | The US District Court for the Western District of Kentucky | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | McClellan, Kellie Ranae | 9/6/1967 | IN | The US District Court for the Southern District of Indiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | McKay, Jacqueline M | 4/15/1969 | MS | The US District Court for the Northern District of Mississippi | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | McKeever, Matthew Paul | 2/28/1989 | IL | The US District Court for the Central District of Illinois | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | McLean, Andre Elton | 12/4/1969 | VA | The US District Court for the Eastern District of Virginia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | McMurray, Latosha C | 8/14/1984 | KY | The US District Court for the Western District of Kentucky | | Yes | | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 149. | McNabb, Veronica Elizabeth | 3/16/1984 | MS | The US District Court for the Southern District of Mississippi | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Mercer, Patricia | 3/21/1956 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |